OPINION — AG — YOU (INDUSTRIAL DEVELOPMENT AND PARK DEPARTMENT) HAVE THE AUTHORITY TO PURCHASE INSURANCE ON SUCH STRUCTURES UNDER THE GENERAL APPROPRIATION OF HOUSE BILL NO. 88155, 30TH LEGISLATURE, SECTION 1, DIVISION OF PARKS, RECREATION AND WATERWAYS. CITE: 74 O.S. 1961 351 [74-351], 74 O.S. 1965 Supp., 1105 [74-1105], 74 O.S. 1965 Supp., 1108 [74-1108], 74 O.S. 1965 Supp., 1112 [74-1112], 74 O.S. 1961 356.2 [74-356.2] (ROBERT MCCHESNEY)